# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

141368

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LARRY LORENZO DOLLY-McGLOTHLIN,
    Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141368
COA: 297324
Mecosta CC: 04-005354-FC

On order of the Court, the application for leave to appeal the May 14, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

s0920